**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| **EVANSTON INSURANCE COMPANY**<br><br>    **Plaintiff**<br><br>    **v.**<br><br>**VIRGINIA SANCHEZ d/b/a INSURANCE CLAIMS AUDITORS**<br><br>    **Defendant** | **Civil No. 05-1469(ADC)** |

## ORDER

Plaintiff, Evanston Insurance Company ("Plaintiff") filed this lawsuit for declaratory judgment, seeking a determination that the professional liability policies it issued to defendant, Virginia Sánchez d/b/a Insurance Claims Auditors ("Defendant") do not afford coverage for an action filed against Defendant in the case of *Miramar Construction Company inc. v. American Int'l Ins. Co. Of Puerto Rico*, KAC03-2416, in the Court of First Instance of the Commonwealth of Puerto Rico. (**Docket No. 1**). Now before the Court is Plaintiff' Motion for Summary Judgment. (**Docket No. 5**).

On January 30, 2007, Magistrate Judge Camille Vélez-Rivé issued an Amended Report and Recommendation ("R&R") which recommended granting Plaintiff's Motion for Summary Judgment. (**Docket No. 39**). Objections to the R&R were due on February 13, 2007 but, up to date, none were filed. *See* 28 U.S.C. § 636(b)(1).

After reviewing the R&R, pleadings, statements of fact and exhibits and memoranda in support and opposition thereof (**Docket Nos. 5,6,7,14, 15, 20,21, 39**), the Court adopts the Report and Recommendation, in full granting summary judgment in favor of Plaintiff. *See Santiago v. Canon U.S.A., Inc.,* 138 F.3d 1, 4 (1st Cir. 1998); *Davet v. Maccorone*, 973 F.2d 22, 30-31 (1st Cir. 1992); *Hernández-Mejías v. General Elec.*, 428 F. Supp.2d 4,6 (D.P.R. 2005) (citing *Lacedra v. Donald W. Wyatt Detention Facility*, 334 F. Supp.2d 114, 125-126 (D.R.I. 2004).

The Clerk of Court will proceed to enter judgment accordingly.

**SO ORDERED**.

At San Juan, Puerto Rico, on this 30th day of March 2007.

                                              **S/AIDA M. DELGADO-COLÓN**
                                              **United States District Judge**